# UNITED STATES DISTRICT COURT
### District of Minnesota

IN THE MATTER OF:

LensCrafters, Inc

v                                                           3:95-cv-137 MJD/RLE

Vision World, Inc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER TO THE CLERK OF COURT
### INSTRUCTING THE LIFTING OF SEALS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The court having reviewed documents files under seal in the above case and having determined that there is no further reason to maintain those seals, **IT IS HEREBY ORDERED THAT ALL DOCUMENTS PREVIOUSLY PLACED UNDER SEAL IN THIS CASE ARE HEREBY UNSEALED**.

Date: _May 10, 2006_____

                                               s/Michael J. Davis_____
                                               Judge Michael J. Davis
                                               United States District Court